1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808

5

   Attorneys for Plaintiff
6  ANNUITY & LIFE REASSURANCE
   AMERICA, INC. (formerly known as
7  CAPITOL BANKERS LIFE INSURANCE COMPANY)

8

                                    FILED
                                    07 OCT 29 PM 3: 15
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

                                    PVT

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12                                              C 07 5502

13 | ANNUITY & LIFE REASSURANCE          ) Case No.:
   | AMERICA, INC. (formerly known as    )
14 | CAPITOL BANKERS LIFE INSURANCE      ) **NOTICE OF DEPOSIT OF FUNDS IN**
   | COMPANY),                           ) **INTERPLEADER**
15 |                                     )
   |         Plaintiff,                  )
16 |                                     )
   |   vs.                               )
17 |                                     )
   | JON C. HUGDAHL, an individual and   )
18 | TRUSTEE of the JON S. HUGDAHL       )
   | FAMILY TRUST, dated 12/19/94; PAUL A.)
19 | HUGDAHL, an individual; and MARRY C.)
   | HUGDAHL, an individual,             )
20 |                                     )
   |         Defendants.                 )
21

22

23

24

25

26

27

28

---

NOTICE OF DEPOSIT OF FUNDS IN INTERPLEADER

                                               CASE NO. _____

1   NOTICE IS HEREBY GIVEN that plaintiff Annuity & Life Reassurance
2   America, Inc. (formerly known as Capitol Bankers Life Insurance Company) (hereinafter
3   referred to as "Annuity & Life Re") has lodged with the Clerk of the above-entitled court, for
4   deposit into an interest-bearing account, funds in the amount of $101,369.86. These funds
5   represent the current, total amount in controversy in connection with Annuity & Life Re's
6   Complaint in Interpleader filed herewith.

KELLY, HERLIHY & KLEIN LLP

Dated: October 26, 2007    By _____
John C. Ferry
Attorneys for Plaintiff
ANNUITY & LIFE REASSURANCE AMERICA, INC.,
(formerly known as CAPITOL BANKERS
LIFE INSURANCE COMPANY)

E:\27232\P02

-1-
NOTICE OF DEPOSIT OF FUNDS IN INTERPLEADER

CASE NO. CGC05-446073