THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Plaintiff
ANNUITY & LIFE REASSURANCE
AMERICA, INC. (formerly known as
CAPITOL BANKERS LIFE INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNUITY & LIFE REASSURANCE AMERICA, INC. (formerly known as CAPITOL BANKERS LIFE INSURANCE COMPANY),<br><br>Plaintiff,<br><br>vs.<br><br>JON C. HUGDAHL, an individual and TRUSTEE of the JON S. HUGDAHL FAMILY TRUST, dated 12/19/94; PAUL A. HUGDAHL, an individual; and MARRY C. HUGDAHL, an individual,<br><br>Defendants. | Case No.: C 07 5502 PVT<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |

1  I, CIARA GARLITOS, declare:

2      I am employed in the City and County of San Francisco, State of California. My business
3  address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the
4  age of 18 years and not a party to the foregoing action.

5      On November 5, 2007, I served a copy of the **SUMMONS IN A CIVIL CASE;**
6  **COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF**, on the interested
7  parties in this action, along with the following documents:

| | | |
|---|---|---|
| 8 | 1. | Waiver of Service of Summons; |
| 9 | 2. | Notice of Deposit of Funds in Interpleader; |
| 10 | 3. | U.S. District Court Northern California – ECF Registration Information |
| 11 | | Handout; |
| 12 | 4. | Order Setting Initial Case Management Conference and ADR Deadlines; |
| 13 | 5. | Standing Order for Civil Practice in Cases Assigned for All Purposes to |
| 14 | | Magistrate Judge Patricia V. Trumbull; |
| 15 | 6. | Standing Order Regarding Case Management in Civil Cases; |
| 16 | 7. | Standing Order for All Judges of the Northern District of California – |
| 17 | | Contents of Joint Case Management Statement; |
| 18 | 8. | Welcome to the United States District Court for the Northern District of |
| 19 | | California Packet; |
| 20 | 9. | Notice of Assignment of Case to a United States Magistrate Judge; |
| 21 | 10. | Consent to Proceed Before a United States Magistrate Judge; and |
| 22 | 11. | Declination to Proceed Before a Magistrate Judge and Request for |
| 23 | | Reassignment to a United States District Judge |

24  by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for
25  outgoing mail, and addressed to:

26

27  David L. Samuelson, Esq.
    Law Offices of David L. Samuelson      Attorneys for Defendant
28  897 Independence Avenue, Ste. 2D
    Mountain View, CA 94043      JON C. HUGDAHL

-1-

1 At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount
2 of postage and is deposited that same day, in the ordinary course of business, in a United States
3 mailbox in the City of San Francisco, California.
4    I declare under penalty of perjury under the laws of the State of California that the
5 foregoing is true and correct and that this declaration was executed on November 5, 2007, at San
6 Francisco, California.

_____
CIARA GARLITOS

E:\27232\P03

-2-
CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AND
ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS
CASE NO. C 07 5502 PVT