THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Plaintiff
ANNUITY & LIFE REASSURANCE
AMERICA, INC. (formerly known as
CAPITOL BANKERS LIFE INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNUITY & LIFE REASSURANCE AMERICA, INC. (formerly known as CAPITOL BANKERS LIFE INSURANCE COMPANY),<br><br>Plaintiff,<br><br>vs.<br><br>JON C. HUGDAHL, an individual and TRUSTEE of the JON S. HUGDAHL FAMILY TRUST, dated 12/19/94; PAUL A. HUGDAHL, an individual; and MARRY C. HUGDAHL, an individual,<br><br>Defendants. | Case No.: C 07 5502 PVT<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |

1  I, CIARA GARLITOS, declare:

2  I am employed in the City and County of San Francisco, State of California. My business
3  address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the
4  age of 18 years and not a party to the foregoing action.

5  On November 27, 2007, I served a copy of the **SUMMONS IN A CIVIL CASE;**
6  **COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF**, on the interested
7  parties in this action, along with the following documents:

8  1. Waiver of Service of Summons;
9  2. Notice of Deposit of Funds in Interpleader;
10. 3. Order Setting Initial Case Management Conference and ADR Deadlines;
11. 4. Standing Order for Civil Practice in Cases Assigned for All Purposes to
12.    Magistrate Judge Patricia V. Trumbull;
13. 5. Standing Order Regarding Case Management in Civil Cases;
14. 6. Standing Order for All Judges of the Northern District of California –
15.    Contents of Joint Case Management Statement;
16. 7. Welcome to the United States District Court for the Northern District of
17.    California Packet;
18. 8. Notice of Assignment of Case to a United States Magistrate Judge;
19. 9. Consent to Proceed Before a United States Magistrate Judge; and
20. 10. Declination to Proceed Before a Magistrate Judge and Request for
21.    Reassignment to a United States District Judge

22  by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for
23  outgoing mail, and addressed to:

25  Marry C. Hugdahl
    1111 Morse Avenue, #109
26  Sunnyvale, CA 94089-1618

-1-

CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AND
ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS

CASE NO. C 07 5502 PVT

1  At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount
2  of postage and is deposited that same day, in the ordinary course of business, in a United States
3  mailbox in the City of San Francisco, California.
4      I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct and that this declaration was executed on November 27, 2007, at
6  San Francisco, California.

                                                         /s/ Ciara Garlitos

                                                         CIARA GARLITOS

E:\27232\P03a