1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808

5
   Attorneys for Plaintiff
6  ANNUITY & LIFE REASSURANCE
   AMERICA, INC. (formerly known as
7  CAPITOL BANKERS LIFE INSURANCE COMPANY)

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  ANNUITY & LIFE REASSURANCE          ) Case No.: C 07 5502 PVT
    AMERICA, INC. (formerly known as    )
14  CAPITOL BANKERS LIFE INSURANCE      ) **CERTIFICATE OF SERVICE OF**
    COMPANY),                           ) **SUMMONS AND COMPLAINT AND**
15                                       ) **ACCOMPANYING U.S. DISTRICT**
              Plaintiff,                 ) **COURT DOCUMENTS**
16                                       )
         vs.                             )
17                                       )
    JON C. HUGDAHL, an individual and   )
18  TRUSTEE of the JON S. HUGDAHL       )
    FAMILY TRUST, dated 12/19/94; PAUL A. )
19  HUGDAHL, an individual; and MARRY C. )
    HUGDAHL, an individual,              )
20                                       )
              Defendants.                )
21  _____ )

22

23

24

25

26

27

28

1  I, CIARA GARLITOS, declare:

2       I am employed in the City and County of San Francisco, State of California.  My business

3  address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104.  I am over the

4  age of 18 years and not a party to the foregoing action.

5       On December 5, 2007, I served a copy of the **SUMMONS IN A CIVIL CASE;**

6  **COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF**, on the interested

7  parties in this action, along with the following documents:

8        1.    Waiver of Service of Summons;

9        2.    Notice of Deposit of Funds in Interpleader;

10       3.    Order Setting Initial Case Management Conference and ADR Deadlines;

11       4.    Standing Order for Civil Practice in Cases Assigned for All Purposes to

12             Magistrate Judge Patricia V. Trumbull;

13       5.    Standing Order Regarding Case Management in Civil Cases;

14       6.    Standing Order for All Judges of the Northern District of California –

15             Contents of Joint Case Management Statement;

16       7.    Welcome to the United States District Court for the Northern District of

17             California Packet;

18       8.    Notice of Assignment of Case to a United States Magistrate Judge;

19       9.    Consent to Proceed Before a United States Magistrate Judge; and

20       10.   Declination to Proceed Before a Magistrate Judge and Request for

21             Reassignment to a United States District Judge

22  by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for

23  outgoing mail, and addressed to:

24

25  Raji Rajan, Esq.
    355 West Olive Avenue, Suite 101

26  Sunnyvale, CA  94086

27

28

1  At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount

2  of postage and is deposited that same day, in the ordinary course of business, in a United States

3  mailbox in the City of San Francisco, California.

4      I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct and that this declaration was executed on December 5, 2007, at San

6  Francisco, California.

7

8  _____
    CIARA GARLITOS

9

10

11

12  E:\27232\P03b

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT AND
ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS

CASE NO. C 07 5502 PVT