RAJI RAJAN, ESQ., CSB#139834
LAW OFFICES OF RAJI RAJAN
355 WEST OLIVE AVENUE, SUITE 101
SUNNYVALE, CA 94086
Telephone: 408-730-9492
Fax:         408-739-9687

Attorney for Marry C. Hugdahl

FILED

2008 JAN 30 P 3: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNUITY & LIFE REASSURANCE AMERICA INC. (formerly known as CAPITOL BANKERS LIFE INSURANCE COMPANY),<br><br>Plaintiff,<br>vs.<br><br>JON C. HUGDAHL, an individual and TRUSTEE of the JON S. HUGDAHL FAMILY TRUST, dated 12/19/94; PAUL A. HUGDAHL, an individual; and MARRY C. HUGDAHL an individual,<br><br>Defendants. | CASE NO.: C 07 5502<br>ANSWER TO THE COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF |

1. Defendant denies BECAUSE OF LACK OF SUFFICIENT INFORMATION OR BELIEF TO ANSWER, each allegation to the following numbered paragraphs of the

---

ANSWER TO THE COMPLAINT FOR INTERPLEADER AND DECLRATORY RELIEF
CASE NO.: C 07 5502
PAGE 1 OF 2

complaint.

Paragraph 1, 5,6, 13a, 13b., 14,15,16.

2, Defendant believes to be true the allegation to the following numbered paragraphs of the complaint.

Paragraphs 2, 3, 4, 7,8,9,10,11, 12

Wherefore, the defendant MARRY C. HUGDAHL prays for a judgment as follows.

1. Defendant requests to deny the attorney fees and costs to plaintiff.

2. Defendant requests to award to defendant the community share of the insurance proceeds.

3. Defendant requests for further relief as the Court may deem proper.

January 28, 2008

                                              Raji Rajan, Attorney for Defendant

VERIFICATION

I am the defendant in this matter. I have read the foregoing Complaint on Interpleader and know the contents thereof. It is true to the best of my knowledge, and on the basis of records and factual information.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED ON JANUARY 27 2008, SUNNYVALE, CA 94086

                                              MARRY C. HUGDAHL

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

      I am a resident of the State of California, I am over the age of eighteen years and not a party to the within action; my business address is 355 West Olive Avenue, Suite 101, Sunnyvale, CA 94086.

      On the date executed below. I served the within copies of the ANSWER TO THE INTERPLEADER on the parties in the said action by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Sunnyvale, addressed as follows:

David L. Samuelson, Esq.
897 Independence Avenue, Suite 2D
Mountain View, CA 94043

Chris Ferry, Esq..
Kelly, Herlihy and Klein
44 Montgomery Street, Suite 2500
San Francisco, CA 94101-4602

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/28/08          at Sunnyvale, CA 94086

_____
Raji Rajan