THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Plaintiff
ANNUITY & LIFE REASSURANCE
AMERICA, INC. (formerly known as
CAPITOL BANKERS LIFE INSURANCE COMPANY)

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANNUITY & LIFE REASSURANCE AMERICA, INC. (formerly known as CAPITOL BANKERS LIFE INSURANCE COMPANY),<br><br>      Plaintiff,<br><br>      vs.<br><br>JON C. HUGDAHL, an individual and TRUSTEE of the JON S. HUGDAHL FAMILY TRUST, dated 12/19/94; PAUL A. HUGDAHL, an individual; and MARRY C. HUGDAHL, an individual,<br><br>      Defendants. | Case No.: C 07-5502 PVT<br><br>**NOTICE OF ERRATTA: TO CORRECT DATE ON CAPTION PAGE OF CASE MANAGEMENT CONFERENCE STATEMENT FILED BY ANNUITY & LIFE REASSURANCE AMERICA, INC.**<br><br>**Correct CMC Date:  February 19, 2008**<br>Time:  2:00 p.m.<br>Courtroom:  5 |

1    Plaintiff Annuity & Life Reassurance America, Inc. ("Annuity & Life Re") filed a Case

2   Management Conference Statement in the above-captioned interpleader action on February 14,

3   2008. Please be advised that the CMC Statement caption page contains an incorrect date for the

4   CMC date. The correct CMC date is **February 19, 2008**.

5

6                                  KELLY, HERLIHY & KLEIN LLP

7

8

9   Dated: February 15, 2008          By _____ for TMH

10                                      Thomas M. Herlihy
                                        Attorneys for Plaintiff ANNUITY & LIFE
11                                      REASSURANCE AMERICA, INC., (formerly
                                        known as CAPITOL BANKERS LIFE
12                                      INSURANCE COMPANY)

13

14

15  E:\27232\P08

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         -1-
                                 NOTICE OF ERRATTA
                                                        CASE NO. C 07-5502 PVT

PROOF OF SERVICE
*Annuity & Life Reassurance America, Inc. v. Hugdahl*
*U.S.D.C. - Northern District - San Jose Div./Case No. C07-5502 PVT*

I, MARIA E. JAIME, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On February 15, 2008, I served the attached **NOTICE OF ERRATTA: TO CORRECT DATE ON CAPTION PAGE OF CASE MANAGEMENT STATEMENT FILED BY ANNUITY & LIFE REASSURANCE AMERICAN, INC**, on the interested parties involved in said action,

_____  **(by mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

_____  **(by personal delivery)** by having FIRST LEGAL SUPPORT SERVICES, a local San Francisco messenger service, personally deliver a true copy thereof to the person listed below.

_____  **(by Federal Express)** by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

__X__  **(by facsimile transmission)** by transmitting said document(s) from our office facsimile machine (415) 391-7808, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Raji Rajan, Esq.                                    Attorney(s) for Defendant MARRY C.
355 West Olive Avenue, Suite 101                    HUGDAHL
Sunnyvale, CA 94086

David L. Samuelson, Esq.                            Attorney(s) for Defendant JON C.
897 Independence Avenue, Suite 2D                   HUGDAHL and PAUL A. HUGDAHL
Mountain View, CA  94043

I declare under penalty of perjury that I am employed by a member of the Bar of this Court at whose direction this service is made, and that this declaration is executed on February 15, 2008, at San Francisco, California.

_____
MARIA E. JAIME

PROOF OF SERVICE