United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Annuity and Life Reassurance America, Inc. formerly known as Capitol Bankers Life Insurance Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jon C Hugdahl, an individual and Truestee of the Jon S. Hugdahl Family Trust, dated 12/19/1994, et. al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C07-05502<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 19, 2008 before the Honorable Judge Patricia V. Trumbull has been vacated.

Dated: February 15, 2008　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　 */s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Patricia V. Trumbull

| | |
|---|---|
| 1 | |
| 2 | THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO: |
| 3 | |
| 4 | John C. Ferry    jferry@kelher.com |
| 5 | Thomas M. Herlihy    herlihy@kelher.com |

**United States District Court**
For the Northern District of California