**E-filed 3/3/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

ANNUITY & LIFE REASSURANCE AMERICA, INC.,

    Plaintiff,

    v.

JON C. HUGDAHL,

    Defendant.
_____

No. C-07-5502-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment in this matter, the Court has rescheduled the Case Management Conference previously set. The new hearing date is Friday, March 28, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 3/3/08

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy