UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 28, 2008
**Case Number:** CV-07-5502-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | ANNUITY & LIFE REASSURANCE AMERICA, INC. V. JON HUGDAHL, ET AL |

**PLAINTIFF**                                                     **DEFENDANT**

**Attorneys Present:** Catherine Gregory            **Attorneys Present:** Raji Rajan for Marry Hugdahl

---

PROCEEDINGS:

Case management conference held.  Parties are present.  The Court conditionally grants plaintiff's request to be dismissed.  Continued to 5/2/08 at 10:30 a.m. for further case management conference.