THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
CATHERINE GREGORY (SBN 242006)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street 17th Floor
San Francisco, CA 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff,
ANNUITY & LIFE REASSURANCE
AMERICA, INC. (formerly known as
CAPITOL BANKERS LIFE INSURANCE COMPANY)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANNUITY & LIFE REASSURANCE AMERICA, INC. (formerly known as CAPITOL BANKERS LIFE INSURANCE COMPANY) <br> Plaintiff, <br><br> vs. <br><br> JON C. HUGDAHL, an individual and TRUSTEE of the JON S. HUGDAHL FAMILY TRUST, dated 12/19/94; PAUL A. HUGDAHL, an individual, and MARRY C. HUGDAHL, an individual <br> Defendants. | Case No.: C 07-5502 PVT <br><br> **[PROPOSED] ORDER REQUIRING ANNUITY & LIFE REASSURANCE AMERICA, INC. TO PRODUCE DOCUMENTS** |

1

[PROPOSED] ORDER
332898.1

CASE NO.: C 07-5502 PVT

Upon stipulation by the parties appearing at the Case Management Conference held on March 28, 2008, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff Annuity & Life Reassurance America, Inc. ("Annuity & Life Re) shall produce documents related to decedent Jon S. Hugdahl's life insurance policy at issue in the above-titled action upon written request by Defendant Marry C. Hugdahl;

2. Marry C. Hugdahl only may make a written request for documents in conjunction with the underlying dispute in the above-titled action;

3. In the event Marry C. Hugdahl requires documents from Annuity & Life Re for any reason other than in conjunction with the underlying dispute in the above-titled action, this Order does not compel Annuity & Life Re to produce those documents;

4. This Order has the same force and effect scope of a subpoena duces tecum; and,

5. Annuity & Life Re shall be entitled to assert the same objections to Marry C. Hugdahl written requests as it would to a subpoena duces tecum.

Approved as to form:

LAW OFFICES OF RAJI RAJAN

April 4, 2008

_____
Raji Rajan, Esq.
Attorney for Defendant
MARRY C. HUGDAHL

**IT IS SO ORDERED**.

Date: _____, 2008

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
332898.1

CASE NO.: C 07-5502 PVT