UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 2, 2008
**Case Number:** CV-07-5502-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | **ANNUITY & LIFE REASSURANCE AMERICA, INC. V. JON HUGDAHL, ET AL** |

PLAINTIFF                                         DEFENDANT

**Attorneys Present:**                            **Attorneys Present:** Raji Rajan for Marry Hugdahl
                                                   David Sanders for Jon Hugdahl

PROCEEDINGS:
Further case management conference held. Parties are present.
Continued to 5/23/08 at 10:30 a.m. for further case management conference.