UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 5/23/08

Court Reporter: FTR    Clerk: Corinne Lew

Case No: C 07-05502 JF    Case Title: Annuity & Life Reassurance America, Inc., v. Jon Hugdahl, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Interpled Plaintiff's Counsel (Annuity & Life Reassurance of America) | Raji Rajan for Mary Hugdahl<br>David Samuelson for Jon C. Hugdahl and Paul Hugdahl |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial    [ ] Status    [ ] Discovery

[X] Settlement    [ ] Final

[ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted          [X] Settled

[ ] Denied             [ ] Briefs to be filed  [ ] Not Settled

[ ] Granted in part, denied in part            [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [X] Defendant    [ ] Court    [ ] Court w/opinion

Notes: 2 hours - settlement on the record