UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNUITY AND LIFE REASSURANCE AMERICA, INC.,

      Plaintiff(s),

v.

JON HUGDAHL, ET AL.,

      Defendant(s).
_____/

No. C 07-5502 JF (PVT)

**SCHEDULING FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for **July 18, 2008 at 10:00 a.m.** before United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San Jose, California 95113 or as soon after as counsel may be heard.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated:   7/15/08                  /s/ Corinne Lew

                                        Corinne Lew, Courtroom Deputy to
                                        Magistrate Judge Patricia V. Trumbull