# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

### MAGISTRATE PATRICIA V. TRUMBULL

Date: 7/18/08

Court Reporter: FTR                 Clerk: Corinne Lew

Case No:C 07-05502 JF               Case Title: Annuity & Life Reassurance America, Inc., v. Jon Hugdahl, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| | Raji Rajan<br>David Samuelson |

### PROCEEDINGS

Pretrial Conferences:     [ ] Initial          [ ] Status        [ ] Discovery

[X ] Settlement     [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** | |
|---|---|---|---|
| [ ] | [ ] | 1. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

### DISPOSITION

[ ] Granted                    [ ] Submitted                 [X] Settled

[ ] Denied                     [ ] Briefs to be filed        [ ] Not Settled

[ ] Granted in part, denied in part                          [ ] Off Calendar

Order regarding final settlement agreement has been filed.

### ORDER TO BE PREPARED BY

[ ] Plaintiff        [ ] Defendant              [ ] Court               [ ] Court w/opinion