RAJI RAJAN, ESQ., CSB#139834
LAW OFFICES OF RAJI RAJAN
355 WEST OLIVE AVENUE, SUITE 101
SUNNYVALE, CA 94086
Telephone: 408-730-9492

Attorney for MARRY C. HUGDAHL



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANNUITY & LIFE REASSURANCE, INC.) <br> Plaintiffs ) <br> ) <br> ) <br> Vs. ) <br> ) <br> JON C. HUGDAHL, Trustee ) <br> PAUL A. HUGDAHL   ) Individuals <br> MARRY C. HUGDAHL ) <br> ) | CASE NO.: C 07 5502 PVT <br> SETTLEMENT <br> CONFERENCE <br> ORDER <br> JUDGE.: <br> Hon. PATRICIA TRUMBULL <br> DATE: MAY 23, 2008 |

The parties MARRY C. HUGDAHL was present in the court with her attorney

RAJI RAJAN. JON C. HUGDAHL was present with his attorney in the court

DAVID SAMUELSON. PAUL A. HUGDAHL made the appearance telephonically.

The parties presented the matter before the Judge, Hon. PATRICIA TRUMBULL. The

parties settled the matter as follows:

1. The amount of $35,000.00 shall be paid to MARRY C. HUGDAHL.

2. The amount of $560.00 shall be paid to MARRY C. HUGDAHL

   towards the rent on the storage.

Settlement Conference Order, Annuity vs. Hugdahl, Case No,: C 07 5502 Page 1 of 3

3. The items must be possessed by the concerned party and MARRY C. HUGDAHL shall close the storage on May 30, 2008.

4. Each party shall pay his/her own attorney fees and costs.

5. The balance of the deposit shall be divided equally and two checks shall be issued to JON C. HUGDAHL and PAUL A. HUGDAHL.

6. Considering the total payment of $35,000.00 plus $560.00 to MARRY C. HUGDAHL, the check for the amount of **$35,560.00** shall be issued to MARRY C. HUGDAHL.

7. ~~There are no other issues among the parties.~~

8. The issues raised in the interpleader action, the allocation and distribution of the life insurance proceeds deposited with the Court by the plaintiff Annuity Reassurance America Inc. are hereby resolved and the matter shall be dismissed. A facsimile transmission signature shall be deemed the same as an original.

Date: _____
JON C. HUGDAHL

Date: _____
PAUL A. HUGDAHL

Date: _____
DAVID SAMUELSON
Attorney for Jon C. Hugdahl and Paul A. Hugdahl

Date: 7/18/08    _____    7/18/08
MARRY C. HUGDAHL

Date: 7/18/08    _____
RAJI RAJAN
Attorney for Marry C. Hugdahl

## ORDER

**FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Date: 7/18/08    MAGISTRATE JUDGE OF THE DISTRICT COURT

Settlement Conference Order, Annuity vs. Hugdahl, Case No,: C 07 5502 Page 3 of 3