| | |
|---|---|
| 1 | RAJI RAJAN, ESQ., CSB#139834 |
| 2 | LAW OFFICES OF RAJI RAJAN |
| 3 | 355 WEST OLIVE AVENUE, SUITE 101 |
|   | SUNNYVALE, CA 94086 |
|   | Telephone: 408-730-9492 |

**Filed**

AUG 1 2 2008



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorney for MARRY C. HUGDAHL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ANNUITY & LIFE REASSURANCE  )   CASE NO.: C 07 5502
AMERICA, INC.(formerly known as  )
CAPITOL BANKERS LIFE INSURANCE )   ORDER PURSUANT TO
COMPANY)                          )   SETTLEMENT CONFERENCE
Plaintiffs                        )
                                  )   JUDGE: HON. FOGEL
vs.                               )
                                  )
JON C. HUGDAHL, an individual and )
Trustee of the JON S. HUGDAHL FAMILY)
TRUST, dated 12/19/94;            )
PAUL A. HUGDAHL, an individual    )
MARRY C. HUGDAHL, an individual   )
_____)

The interpleader action filed by the plaintiff ANNUITY & LIFE REASSURANCE AMERICA, INC., against the defendants, JON C. HUGDAHL, an individual and Trustee of the JON S. HUGDAHL FAMILY TRUST, PAUL A. HUGDAHL, an individual and MARRY C. HUGDAHL, an individual, was settled and the settlement conference order was filed with the court on July 18, 2008.

//

---

Order Pursuant to settlement conference, Matter of Hugdahl, Page 1 of 2

The total amount of the life insurance premium was deposited with the court in an interest bearing account by the plaintiff Annuity Life Reassurance America, Inc., when the plaintiff filed this interpleader action.

**ORDER**

IT IS HEREBY ORDERED THAT the funds from the above mentioned account shall be disbursed as follows:

1. The check for the amount of **$35,560.00** shall be mailed to the payee, MARRY C. HUGDAHL, to the address, 1111 Morse Avenue, Lot 109, Sunnyvale, CA 94089.

2. The clerk of the court is then hereby directed to divide equally the remaining balance and disburse one-half to the payee JON C. HUGDAHL and the other one-half to the payee PAUL A. HUGDAHL, and send these checks to c/o David L. Samuelson, 897 Independence Avenue, Suite 2D, Mountain View, CA 94043. .

APPROVED AS TO FORM AND CONTENT.

Date: 7-29-8

DAVID L. SAMUELSON, ESQ.
Attorney for Jon Hugdahl, and Paul Hugdahl

Date:

HON. JEROME FOGEL
JUDGE OF THE DISTRICT COURT

//
//
//

Order Pursuant to settlement conference, Matter of Hugdahl, Page 2 of 2