OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
FINANCE DEPARTMENT

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
**(415) 522-4621**
FAX (415) 522-4103

## RELEASE FORM

August 22, 2008
7007 2680 0000 5368 6752

**FILED**

AUG 2 ◌ ◌8

RICHARD W. WIEKING
CLERK, U.S. DI◌
◌ERN DIST◌

MARRY C. HUGDAHL
1111 MORSE AVE., LOT 109
SUNNYVALE, CA 94089

CASE NAME:    ANNUITY & LIFE VS HUGDAHL ET AL
CASE NUMBER: 5:07-CV-05502-01   JF

**PLEASE IMMEDIATELY SIGN, DATE AND RETURN THIS RELEASE FORM TO THE U.S. DISTRICT COURT IN THE ENCLOSED ENVELOPE.**

I HAVE RECEIVED THE FOLLOWING FROM THE CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

| CHECK NUMBER | CHECK AMOUNT | PAYABLE TO: |
|---|---|---|
| 00579821 | $ 35,560.00 | MARRY C. HUGDAHL |

MARRY C. HUGDAHL
PRINT NAME

*Marry C. Hugdahl*
SIGNATURE

B7582235
DRIVER'S LICENSE/I.D. NUMBER

8/25/08
DATE

408-744-1851
PHONE NUMBER

07-11-11
EXPIRATION DATE